IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MAIER,** *Plaintiff,* | **CIVIL ACTION** |
| v. | **No. 18-4060** |
| **BUCKS COUNTY, et. al.,** *Defendants.* | |

## ORDER

**AND NOW,** this **19th** day of **February 2019**, upon consideration of Defendants, Primecare Medical, Inc., Victoria Gessner, M.D., and Jennifer Acker, R.N.'s (the "Primecare Defendants"), Motion to Dismiss (ECF No. 8), Plaintiff's Response thereto (ECF No. 19), Defendants, Bucks County, Christopher Pirolli, Paul Lagana, Kevin Rousset, C/O McGilloway, and C/O Plantier's (the "Bucks Defendants"), Motion to Dismiss (ECF No. 10), Plaintiff's Response thereto (ECF No. 18), and the Bucks Defendants' Reply (ECF No. 21), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The Primecare Defendants' Motion to Dismiss (ECF No. 8) is **GRANTED**.

2. Defendants, Primecare Medical, Inc., Victoria Gessner, M.D., and Jennifer Acker, R.N., are **DISMISSED**.

3. The Bucks Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**.

4. Defendants, Bucks County, Christopher Pirolli, Paul Lagana, Kevin Rousset, C/O McGilloway, and C/O Plantier, are **DISMISSED**.

5. It is apparent from the face of Plaintiff's Complaint that the statute of limitations ran before the filing of the Complaint; therefore, Defendants, E. Riddick, R.N. and John and Jane Does I-X, are **DISMISSED**.

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE